1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11 | LAZARUS DANIEL MARQUEZ,

12 |     Petitioner,

13 |     v.

14 | JEFF LYNCH,

15 |     Respondent.

Case No. 1:22-cv-00896-ADA-EPG-HC

ORDER FOR SUPPLEMENTAL BRIEFING

16

17  Petitioner Lazarus Daniel Marquez is a state prisoner proceeding *pro se* with a petition

18  for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

19  Respondent has moved to dismiss the petition based on untimeliness and nonexhaustion.

20  (ECF No. 10.) In the opposition, Petitioner asserts that extraordinary circumstances prevented

21  him from timely filing his petition and cites to his declaration in support of the petition, which

22  was filed as Exhibit 2 to the petition. (ECF No. 14 at 3.) [1] Specifically, Petitioner appears to

23  assert that his mental health, lack of access to his legal documents and the law library, limited

24  education, and the COVID-19 pandemic constitute extraordinary circumstances that prevented

25  him from timely filing his petition. (ECF No. 1 at 37–41.) In the reply, Respondent only

26  addressed whether Petitioner's mental health constitutes an extraordinary circumstance

27  warranting equitable tolling. (ECF No. 19.)

28

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1    The Court finds that supplemental briefs regarding Petitioner's other grounds for

2 equitable tolling set forth in his declaration (ECF No. 1 at 37–41) would assist the Court in this

3 matter.

4    Accordingly, the Court HEREBY ORDERS:

5   1. Within fourteen (14) days of the date of service of this order, Respondent shall file a

6      supplemental brief addressing Petitioner's other grounds for equitable tolling set forth in

7      his declaration (ECF No. 1 at 37–41);

8   2. Within fourteen (14) days of the date of service of Respondent's supplemental brief,

9      Petitioner may file a response.

10

11 IT IS SO ORDERED.

12   Dated:   **June 6, 2023**          /s/ *Erica P. Grosjean*

13                        UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28